

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2018

No. 04-18-00328-CR

Carlos Omar Martinez **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 05-CRS-324
Honorable Alex William Gabert, Judge Presiding

# O R D E R

On August 30, 2014, the clerk of the court notified appellant by letter that his appellant's brief was due on August 22, 2018 but had not been filed. On August 31, appellant filed a motion for extension of time in which to file his brief requesting an extension until October 1, 2018 to file appellant's brief. We granted appellant's motion. On September 10, 2018, appellant filed a second motion for extension of time, requesting that his briefing deadline be extended to November 9, 2018, which is seventy-nine days after the date upon which appellant's brief was originally due. We GRANT appellant's motion. Appellant's brief is due in this court on or before November 9, 2018. **Further extensions of time in which to file appellant's brief are not allowed absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2018.



Keith E. Hottle
Clerk of Court